**CONNECTICUT GENERAL LIFE INSURANCE COMPANY,**
Plaintiff,

**Douglas C. Riner, Defendant—Appellant,**

v.

**ESTATE OF Karen Denise Lane RINER; Robert Varner, Defendants—Appellees.**

No. 05–1084.

United States Court of Appeals, Fourth Circuit.

Submitted June 30, 2005.

Decided July 29, 2005.

Douglas C. Riner, Appellant Pro Se. Timothy Worth McAfee, McAfee Law Firm, P.C., Norton, Virginia, for Appellees. Deborah Wood Dobbins, Robin J. Kegley, Gilmer, Sadler, Ingram, Sutherland & Hutton, Pulaski, Virginia, for Plaintiff.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas C. Riner appeals the district court's order awarding summary judgment to defendant and denying his motion to stay the proceedings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Connecticut General Life Ins. Co. v. Riner,* No. CA–00–65–1–JPJ (W.D.Va. Jan. 4, 2005). We deny Riner's motion to proceed in forma pauperis in this court as moot because he paid the filing fee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*